LEONARD PEÑA (State Bar No. 192898)
PEÑA & SOMA, APC
lpena@penalaw.com
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626)396-4000
Facsimile (626)498-8875

Attorneys for
Drita Pasha Kessler
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DRITA PASHA KESSLER,<br><br>    Debtor and Debtor<br>    in Possession. | Case No. 1:22-bk-11504 VK<br><br>Chapter 11<br><br>DECLARATIONS OF LEONARD PEÑA AND DAVID MORALES RE: GENERAL CASE STATUS<br><br>DATE:  October 19, 2023<br>TIME:  2:00 p.m. |

**DECLARATION OF LEONARD PEÑA**

I, Leonard Peña , declare as follows:

1. I am the attorney for Debtor in the above referenced case. The facts set forth herein are within my personal knowledge or I have gained knowledge of them from the regular business records that I maintain. If called upon to do so, I could and would testify competently thereto.

2. **Bankruptcy Adversaries**

   a. *Kessler v. Travelers Property Casualty Company of America* ("Preference Action") Adv. No. 1:23-ap-01044 VK

1

          i. Parties are conducting discovery.

    b. *Kessler v. Wizman* ("Turnover Action") Adv. No. 1:23-ap-01015-VK

          i. Plaintiff Debtor Drita Kessler has filed a motion to disqualify Defendant's attorney scheduled for November 1, 2023, at 2:00PM

    c. *Travelers Property Casualty Company of America v. Kessler* ("523 Action") Adv. 23-ap-01009 VK

          i. Parties are conducting discovery and also have requested that the matter be referred to voluntary mediation.

3. **Other Contested Matters:**

The Debtor filed a notice of appeal of this Court's order regarding her homestead. The appeal was recently transferred to the District Court and is pending as case number 2:23-cv-08310-ODW. The Debtor is seeking to retain appellate counsel.

**Other:**

4. On October 4, 2023, the Debtor filed an *Application to Employ Michael Jay Berger as General Bankruptcy Counsel* [Doc. 154] to be heard on November 4, 2023 at 2:00PM.

5. On October 10, 2023, Leonard Peña filed his *Motion to Withdraw as Attorney* [Doc. 160] as the Debtor's attorney in this case scheduled to be heard on November 4, 2023, at 2:00PM.

/ / /

/ / /

/ / /

/ / /

/ / /

2

6. Attached hereto is the Declaration of David Morales the Debtor's special litigation counsel explaining the status of the District Court litigation between Travelers and the Debtor.

    a. The hearing on the Debtor's motion to vacate is scheduled to heard on October 20, 2023 at 10:00 a.m. in the District Court.

I declare of penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, and that this Declaration was executed on October 12, 2023, at Pasadena, California

_____
LEONARD PEÑA

LEONARD PEÑA, ESQ. (SBN 192898)
LPena@Penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 498-8875

DAVID MORALES, ESQ. (SBN 191229)
Morales@Alum.MIT.edu
THE MORALES LAW FIRM
99 S. Almaden Blvd., Ste. 600
San Jose, California 95113
Telephone: (888) 836-0880

Attorneys for Debtor and
Debtor-in-Possession Drita Kessler

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:* <br><br> DRITA PASHA KESSLER, <br><br> Debtor and Debtor-in-Possession. | Case No. 1:22-BK-11504 VK <br><br> **THIRD DECLARATION OF DAVID MORALES, ESQ., RE: STATUS OF MOTION FOR SANCTIONS AND MOTION TO VACATE DEFAULT JUDGMENT AND TO DISMISS** |

## DECLARATION

I, David Morales, declare as follows:

1. I am an attorney duly-licensed to practice law in the State of California, and duly admitted to practice before the Courts of California including those of the Central District of California. I am litigation counsel for debtor and debtor-in-possession DRITA PASHA KESSLER ("Kessler" or "Debtor"). Each of the facts contained in this declaration is based upon my personal knowledge, except where stated on information and belief or otherwise

1

*In re: Drita Pasha Kessler*, Case No. 1:22-BK-11504 VK
**THIRD DECLARATION OF DAVID MORALES, ESQ., RE: STATUS OF MOTION FOR SANCTIONS AND MOTION TO VACATE DEFAULT JUDGMENT AND TO DISMISS**

qualified, and, if called as a witness to do so, I could competently testify thereto.

### Lengthy Motions Required Revision To Comply With Court's Page Limitations

2. The underlying dispute in this matter involves at least four (4) prior litigations and one (1) appeal over the course of approximately sixteen (16) years, as well as relevant portions of these voluminous litigation records involving hundreds of documents.

3. On July 28, 2023, I finally completed my work, and was prepared to file my Motion to Set Aside Defaults, To Vacate Default Judgments, and To Dismiss ("Motion to Vacate"), my Motion for Sanctions ("Sanctions Motion"), together with a Request for Judicial Notice, supporting Declarations by Ms. Drita Kessler, and myself, and [Proposed] Orders, with an August 25, 2023 hearing date. However, the pleadings exceeded the Court's page limitations.

4. On August 1, 2023, I filed an *Ex Parte* Application for Leave to File a Brief Exceeding the Court's Page Limit ("*Ex Parte* Application"), together with my supporting declaration with the proposed motions attached as exhibits. On August 9, 2023, the District Court issued its Order Granting In Part and Denying In Part my *Ex Parte* Application. In short, the Court's decision required me to substantially revise my pleadings in order to comply with the Court's page limitations.

### Revised Motions And Supporting Papers Filed With October 20, 2023 Hearing

5. Due to my other litigation obligations, including a number of out-of-town hearings and unexpected *ex parte* hearings, I was unable to complete my revised pleadings until approximately September 15, 2023, with an expected hearing date of October 13, 2023. On September 14, 2023, I realized that

2

*In re: Drita Pasha Kessler*, Case No. 1:22-BK-11504 VK
THIRD DECLARATION OF DAVID MORALES, ESQ., RE: STATUS OF MOTION FOR SANCTIONS AND MOTION TO VACATE DEFAULT JUDGMENT AND TO DISMISS

the District Court was not setting any hearings for October 13, 2023, so I had to calendar the hearings for October 20, 2023 instead.

6. Therefore, on September 22, 2023, I filed and served my revised Motion to Vacate, Motion for Sanctions, and related documents, for hearing on October 20, 2023. Attached hereto are true and correct copies of the Motion to Vacate (**Exhibit A**), Appendix 1: Summary of Facts and Prior Record (**Exhibit B**), Declaration of Drita Kessler (**Exhibit C**), Declaration of David Morales, Esq. (**Exhibit D**), Request for Judicial Notice (**Exhibit E**), and Motion for Sanctions (**Exhibit F**).

7. Although my Motion to Vacate included a Table of Contents and Table of Authorities ("TOC/TOA"), on September 23, 2023, I noticed that I had inadvertently filed the final version without the TOC/TOA. On September 23, 2023, I filed and served the TOC/TOA as a supplement to the Motion to Vacate. Attached hereto as **Exhibit G**, is a true and correct copy of the TOC/TOA I filed for the Motion to Vacate.

8. On September 29, 2023, Travelers filed its Oppositions to the Motion to Vacate and the Motion for Sanctions (collectively, "Oppositions"). Attached hereto are true and correct copies of the Travelers' Oppositions to Kessler's Motion to Vacate and Motion for Sanctions, as **Exhibit H** and **Exhibit I**, respectively.

9. I omitted from this Declaration approximately 1,350 pages of declarations Travelers filed in support of its Oppositions. Those declarations focus primarily on disparaging Kessler – based, in part, on this Court's homestead ruling, as well as on other disparaging allegations by Mr. Park. Mr. Park's disparaging allegations appear improper and completely irrelevant to the issues before the District Court on Kessler's Motion to Vacate and Motion

3

*In re: Drita Pasha Kessler*, Case No. 1:22-BK-11504 VK
**THIRD DECLARATION OF DAVID MORALES, ESQ., RE: STATUS OF MOTION FOR SANCTIONS AND MOTION TO VACATE DEFAULT JUDGMENT AND TO DISMISS**

for Sanctions based on the fraud committed upon the Court by Travelers' Attorneys.

10. On October 6, 2023, I filed and served Reply Briefs in Support of Kessler's Motion to Vacate and Motion for Sanctions. Attached hereto are true and correct copies of these Reply Briefs, as **Exhibit J** and **Exhibit K**, respectively. I also filed Supplemental Declarations by Ms. Kessler and myself in order to address misleading statements and factual mischaracterizations contained in Travelers' filings. Attached hereto are true and correct copies of these Declarations, as **Exhibit L** and **Exhibit M**, respectively.

11. Finally, on October 6, 2023, I filed and served my Evidentiary Objections and Motion to Strike improper portions of Travelers' filings. (Attached hereto as **Exhibit N** is a true and correct copy.) In short, Travelers made numerous false and misleading assertions without citing any supporting evidence in the record. Additionally, the probative value of those, and other, allegations in Travelers' Oppositions is far outweighed by their intended prejudicial effect. It appears Travelers made every effort to draw the District Court's attention away from the facts and law relevant to the issues actually before the District Court, including, without limitation:

   a. The undisputed fact that, on June 14, 2018, Travelers falsely represented to the District Court that it had notified Kessler and DK Art of Fraley's tort claims against Travelers, that it had requested indemnity, and that Movants refused that request, when none of these representations were true, and Movants *had no actual knowledge* of Fraley's tort claims against Travelers;

   b. Whether Travelers failed to properly served Kessler and DK Art, and whether the Default Judgments are, therefore, void as a matter of law;

---

4

*In re: Drita Pasha Kessler*, Case No. 1:22-BK-11504 VK
THIRD DECLARATION OF DAVID MORALES, ESQ., RE: STATUS OF MOTION FOR
SANCTIONS AND MOTION TO VACATE DEFAULT JUDGMENT AND TO DISMISS

    c. Whether the subject indemnity provision required Kessler and DK Art to indemnify Travelers for its own active negligence and intentional-tort liability in mishandling Fraley's Attorney Lien;

    d. Whether Travelers failed to comply with its obligations under indemnity law and under the Travelers Bad-Faith Settlement (the "Agreement") by failing to give reasonable notice to Movants of Fraley's tort claims against Travelers and requesting indemnity, thereby preventing Movants from exercising their rights under the Agreement; and

    e. Whether Travelers' Attorneys committed fraud on the Court by falsely representing that it had notified Movants of Fraley's claims, falsely representing that it had properly served Movants, and by withholding from the Court the body of law indicating that an indemnity provision must explicitly state that it covers the indemnitee's own negligence in order for it to do so, and whether Travelers intentionally committed these acts in bad faith in order to improperly maximize the Default Judgments against Kessler and DK Art.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October 2023 at Watsonville, California.

*[signature]*

David Morales

---

5

*In re: Drita Pasha Kessler*, Case No. 1:22-BK-11504 VK
**THIRD DECLARATION OF DAVID MORALES, ESQ., RE: STATUS OF MOTION FOR SANCTIONS AND MOTION TO VACATE DEFAULT JUDGMENT AND TO DISMISS**

| In re: | | CHAPTER: 11 |
|---|---|---|
| In re Drita Kessler | Debtor(s). | CASE NUMBER: 1:22-bk-11504-VK |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:
402 S. Marengo Avenue Suite B Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*) Declarations of Leonard Pena and David Morales re: General Case Status stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  10/12/2023  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger on behalf of Debtor Drita Pasha Kessler
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Andre Boniadi on behalf of Defendant Jacob Wizman
aboniadi@bzlegal.com

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Robert Paul Goe (TR)
bktrustee@goeforlaw.com,
kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com

David C Nealy on behalf of Creditor Travelers Property Casualty Company of America
david.nealy@limnexus.com, clement.leung@limnexus.com,mimi.cho@limnexus.com,candice.raub@limnexus.com

David C Nealy on behalf of Plaintiff Travelers Property Casualty Company of America
david.nealy@limnexus.com, clement.leung@limnexus.com,mimi.cho@limnexus.com,candice.raub@limnexus.com

Leonard Pena on behalf of Attorney Pena & Soma, APC
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Debtor Drita Pasha Kessler
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Defendant Drita Pasha Kessler
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Plaintiff Drita Pasha Kessler
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Brett Ramsaur on behalf of Creditor Travelers Property Casualty Company of America
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          9013-3.1.PROOF.SERVICE

| In re: Drita Pasha Kessler | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:22-bk-11504-VK |

Brett Ramsaur on behalf of Interested Party LIMNEXUS LLP
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

James E Till on behalf of Creditor Travelers Property Casualty Company of America
james.till@till-lawgroup.com,
martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com

James E Till on behalf of Defendant Travelers Property Casualty Company of America
james.till@till-lawgroup.com,
martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com

James E Till on behalf of Interested Party Courtesy NEF
james.till@till-lawgroup.com,
martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com

James E Till on behalf of Plaintiff Travelers Property Casualty Company of America
james.till@till-lawgroup.com,
martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _10/12/2023_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301 Woodland Hills, CA 91367

Service infoformation on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/12/2023 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                           F 9013-3.1