Robert P. Goe - State Bar No. 137019
**SUB CHAPTER V TRUSTEE**
17701 Cowan, Suite 210, Bldg. D
Irvine, CA 92614
bktrustee@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:   (949) 955-9437

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DRITA PASHA KESSLER,<br>dba Art Addict LLC and<br>dba DK Art Publishing, Inc.,<br><br>Debtor. | Case No. 1:22-11504-VK<br><br>Chapter 11<br>(Sub Chapter V)<br><br>**SUBCHAPTER V TRUSTEE'S DECLARATION REGARDING STATUS OF CASE**<br><br><u>Hearing</u><br>Date:         October 19, 2023<br>Time:        2:00 p.m.<br>Courtroom: 301<br>Location:   21041 Burbank Blvd<br>                   Woodland Hills, CA 91367 |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

Robert P. Goe, the Subchapter V Trustee (the "<u>Trustee</u>") hereby submits his Declaration of Status of Case as follows:

## GENERAL CASE STATUS

As time progresses in this nearly 10-month-old case it appears less likely Debtor can reorganize, which is of no fault of Debtor's counsel, Leonard Pena, who has done his very best under the circumstances.  It would have been helpful had special counsel filed earlier the Motion to Vacate the Travelers judgment (discussed below) but in any event that motion and sanctions motion are fully briefed and scheduled for October 20, 2023 before District Judge Andre Birotte,

Page | 1

1  Jr.  It might make sense to continue this Status Conference to November 2, 2023 to be heard
2  with other maters scheduled.
3      Drita Pasha Kessler ("Debtor") is an art dealer who primarily sells the works of world
4  renown artist Tamara de Lepic, which art Debtor values on her Schedule B at $1,320,601.52.
5  The bankruptcy case was prompted by collection actions of Travelers Property Casualty
6  Company of America ("Travelers"), as discussed below, which holds a $3,877,966.39 default
7  judgment.  The Trustee has been in regular communication with the UST, and counsel for
8  Debtor and Travelers, in an effort to reach a consensual plan/global resolution but until the
9  October 20, 2023 ruling the Parties are too far apart.
10      The Court requested Trustee file a declaration that discusses, among other things,
11  progress made toward a consensual plan or the Debtor's plan confirmation prospects.
12  Accordingly, the Trustee will appear at the Status Conference and is filing his declaration
13  addressing the Court's requests.
14      Debtor's counsel has moved to withdraw, and Michael Berger has filed an application to
15  be employed with a $50,000 retainer.  In consultation with the UST, the Trustee does not oppose
16  Mr. Berger coming in as counsel but does not believe a post-petition retainer is appropriate as
17  administrative claims are already well into the six figures and Debtor has dwindling cash on
18  hand of $182,871.03 at the end of August 2023, as noted in MOR #8 [Docket No. 163].
19      **(a) Travelers Updated Allegations of Fraud by Debtor Supported by the**
20          **Declaration of Father Daniel Keohane.**
21      From the commencement of the case, Travelers has leveled a number of attacks on
22  Debtor and her family members concerning, among other things, various fraudulent conveyances
23  and overseas bank account.  These allegations reached a higher level through the corroboration
24  by Debtor's former, long-time priest, Father Daniel Keohane, who submitted a declaration with
25  4 exhibits backing Travelers response in support of its objections to Debtor's homestead
26  exemption [Docket No. 99].  In particular, Father Keohane claimed that "I never sold my home
27  to Ms. Kessler." (Keohane Dec., p. 2, ll. 20-21) located at 8117 Aldea Avenue, Lake Balboa.
28  He also claimed Debtor set up a bank account in his name which at times held as much as

GOE FORSYTHE & HODGES LLP
17701 Cowan, Suite 210, Bldg. D
Irvine, CA 92614

1    $741,710.11 (Exhibit 4, p. 61), which Debtor "had exclusive control" and that Debtor had

2    impersonated him (Keohane Dec., ¶ 19).  In sum, Father Keohane stated that Debtor mislead and

3    manipulated him.  As a result of these and other facts, Debtor's homestead exemption was

4    denied which Order Debtor has appealed.

5         As a result of Father Keohane's declaration, among other things, on May 27, 2023,

6    Travelers filed its request to Expand Duties of Trustee Pursuant to 11 U.S.C. Section 1183(b)(2),

7    which was denied.  Travelers recently filed an additional declaration as to why the case should

8    be converted or dismissed [Docket No. 159].

9         In consultation with the UST, Trustee believed it was important to bring these issues

10    before the Court at the Status Conference. Trustee would not support dismissal of the case as not

11    being in the best interests of creditors.

12    **(b) A Background of Traveler's Litigation.**

13         As previously noted, Debtor was involved in the U.S. District Court litigation, case 2:18-

14    cv-00722 AB JPR, captioned as follows:

15         (1) Franklin R. Fraley Jr., an individual and d/b/a Fraley & Associates, Plaintiff,

16             vs. Travelers Property Casualty Company of America, a Connecticut

17             corporation; Fidelity and Guaranty Insurance Underwriters, Inc., a Wisconsin

18             corporation; and Does 1-10, Defendants.

19         (2) Travelers Property Casualty Company of America, a Connecticut corporation;

20             Fidelity and Guaranty Insurance Underwriters, Inc., a Wisconsin corporation,

21             Third-Party Plaintiffs, vs. Drita Kessler, an individual; DK Art Publishing, Inc.,

22             a California corporation, Third-Party Defendants.

23         The above litigation resulted in the default judgment on January 11, 2022.  Debtor filed a

24    Relief from Stay Motion [Docket No. 21] to allow Debtor to file a motion to set aside the default

25    judgment through proposed special counsel, which was granted [Docket No. 51].

26         As a result of the default judgment, Travelers had filed the U.S. District Court litigation,

27    case 2:22-cv-08329, captioned as follows:

28

GOE FORSYTHE & HODGES LLP
17701 Cowan, Suite 210, Bldg. D
Irvine, CA 92614

Travelers Property Casualty Company of America, a Connecticut corporation, Plaintiff, vs. Drita Kessler, an individual; Colette Kessler, an individual; Semone Kessler, an individual; Kennedy Kessler, an individual; Vitora Vukelj, an individual; James Musser, an individual; Belwood Group, LLC, a Wyoming limited liability company; and Does 1 through 5, inclusive, Defendants ("Collection Action") that sought, among other things, to set aside various pre-petition transfers.

Debtor retained Special Counsel, David Morales, for the Travelers Litigation, who has filed both a sanctions motion and to vacate the default judgment currently scheduled to be heard on October 20, 2023.

**(c) A Summary of the discussions with the Debtor and other material parties regarding progress made toward a consensual plan or the Debtor's plan prospects.**

In sum, resolution with Travelers is the largest issue to resolve in the case. Although a plan could be confirmed non-consensually, it could be difficult as Debtor would need to concurrently resolve avoidable transfer claims (many against insiders) alleged by Travelers in the Collection Action that now vest in the estate.

On March 29, 2023, Debtor filed her Subchapter V Plan ("Plan") [Docket No. 57]. The Plan, on page 19, vests all avoidance actions in Debtor but does not indicate if or how such actions will be pursued. Debtor's liquidation analysis indicates a total value of $250,000 for all avoidance actions (including against insiders). Until the issues raised by Travelers are addressed, it is doubtful a consensual plan can be confirmed. There are also smaller issues that will need to be amended if the Plan is non-consensual, such that Debtor will not act as disbursing agent but those can be addressed later once the larger issues are resolved/litigated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 12, 2023            /s/Robert P. Goe
                                   Robert P. Goe, Subchapter V Trustee

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Suite 210, Bldg. D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **SUBCHAPTER V TRUSTEE'S DECLARATION REGARDING STATUS OF CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com**
- **Shraddha Bharatia    notices@becket-lee.com**
- **Andre Boniadi    aboniadi@bzlegal.com**
- **Katherine Bunker    kate.bunker@usdoj.gov**
- **Robert Paul Goe (TR)    bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com**
- **David C Nealy    david.nealy@limnexus.com, clement.leung@limnexus.com,mimi.cho@limnexus.com,candice.raub@limnexus.com**
- **Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com**
- **Brett Ramsaur    brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com**
- **James E Till    james.till@till-lawgroup.com, martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 12, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Victoria S. Kaufman, USBC, 21041 Burbank Blvd., Woodland Hills, CA 91367
  (service waived pursuant to Central Guide, Section 2-02)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 12, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Bldg. D
Irvine, CA 92614