| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ANDREW E. SMYTH, SBA 60030<br>SMYTH LAW OFFICE<br>5042 Wilshire Blvd #316<br>Los Angeles, CA 90036<br>Tel (323) 933-0406<br>Email :office@smythlo.com<br><br>☐ Debtor(s) appearing without an attorney<br>☒ Attorney for: Drita Kessler | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** ▼

| In re:<br><br>DRITA PASHA KESSLER<br><br><br><br>Debtor(s). | CASE NO.: 1:22-bk-11504-VK<br>CHAPTER: 11 ▼ |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>Drita Kessler, Andrew E. Smyth</u>,
   filed a motion or application (Motion) entitled <u>Application for Employment of Professional Person for a Specific purpose</u>.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☒ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                          Page 1                    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 11/20/2023

_____
Signature of Movant or attorney for Movant

ANDREW E. SMYTH attorney for Drita Kessler
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                           Page 2                    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

Andrew E. Smyth, Esq. Bar No. 60030
SMYTH LAW OFFICE
5042 Wilshire Blvd., #316
Los Angeles, CA 90036
Tel: (323) 933-0406
Email:office@smythlo.com
Attorney for Drita P. Kessler

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| In re: | CHAPTER 11<br>BK. 1:22-bk-11504-VK |
|---|---|
| DRITA PASHA KESSLER<br><br>Debtor(s). | **APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE** |

**APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE**

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the <u>Bankruptcy Rules of Procedure</u> and in support of said application states as follows:

The debtor(s) desires to retain of the firm of SMYTH LAW OFFICE Los Angeles, Los Angeles County, California for the specific purpose of:

A). Appealing this Court's ruling of August 17, 2023 sustaining the Trustee's objection to Debtor's claim of a homestead exemption in Bankruptcy Case no. 1:22-bk-11504-VK

1

B). Appealing the District Court's denial on November 7, 2023 of Debtor's motion to set aside the judgment in District Court Case Travelers v. Kessler 2:18-cv-00722 AB (JPRx). This includes requesting mediation at the Ninth Circuit and representing Debtor DRITA Kessler at mediation.

C). Attorney Andrew E. Smyth and Smyth Law Office has also been retained by Drita Kessler to obtain Relief From Stay from this Court to allow her to pursue an action in the United States District Court for The Central District of California ordering that the Amended Judgment on Traveler's Third Party Complaint in Travelers v. Kessler 2:18-cv-00722 AB (JPRx) is void and of no effect for the reason that said judgment was obtained against a defaulted defendant who was/is therefore a "non party" and not permitted to fully participate in the case and so violates due process.

I, Andrew E SMYTH, am duly licensed to practice law in the State of California, and also licensed to practice in the Ninth Circuit and before this Court.

I was initially employed by the debtor to represent her in the above matters and am familiar with the facts of this case.

I do not represent or hold any interest adverse to the debtor or to the estate with respect to the matters on which I seek to be employed.

Attached and submitted hereto is a declaration executed by myself, Andrew E SMYTH, in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of <u>The Bankruptcy Rules of Procedure</u>. I have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor upon granting of this application.

The debtor has signed a contract with Andrew E. Smyth for representation regarding the Matter above. The terms of the contract include a flat fee of $15,000 for all representation described above. This amount will be applied at the rate of $450.00 an hour plus reimbursement of out-of-pocket expenses. No additional fees will be charged. Any unused fees will be refunded.

I have received a $15,000.00 retainer fee prior to the filing of this Application. I had misread the statute about applying to be employed and felt it did not apply if my compensation was paid by a third party and was not a loan to the Debtor (See attached Declarations re source of retainer fees) and if I was not seeking to be the attorney for a party in a non-bankruptcy matter or for a debtor not in her role as "Debtor in Possession". I know, after the hearing on November

2

16, 2023, and having been informed by the Court that I was mistaken and that I must apply to be employed. I apologize for my misunderstanding and for this late application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys.

    WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of *Andrew E SMYTH* to represent Debtor DRITA KESSLER as the Appellant in the Appeals filed in case numbers 1:22-bk-11509-VK as the Appellant and in Case No. 1:18-CV-0722-AB(JPRX) Upon settlement or completion of the cause of action Andrew E SMYTH will not request additional fees beyond the $15,000 already received but will apply to the Court for approval of fees and for extra costs and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure if requested to do so by the Court.

Respectfully submitted this 20th day of November, 2023.

Name of Attorney being retained:

Andrew E. Smyth Bar No. 60030
SMYTH LAW OFFICE
5042 Wilshire Blvd. No. 316
Los Angeles, CA 90036
Phone no. 323 933-0406
Email: office@smythlo.com

                                      Respectfully submitted,

                                      SMYTH LAW OFFICE

Dated: November 20, 2023        x _____
                                          Andrew E. Smyth
                                          Attorney for Drita Kessler

# DECLARATION OF ANDREW E. SMYTH IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY A PROFESSIONAL PERSON FOR A SPECIAL PURPOSE.

I declare the following to be true under penalty of perjury:

1). My name is *Andrew E. Smyth,* I am presently affiliated with SMYTH LAW OFFICE whose office is located at 5042 Wilshire Blvd., #315, Los Angeles California, 90036. I am an attorney duly admitted to the practice of law in the State of California. I was engaged by the debtor to represent her regarding:

    A). Appealing this Court's ruling of November 7, 2023, sustaining the Trustee's objection to Debtor's claim of a homestead exemption in Bankruptcy Case No, 1:22-bk-11504-VK.

    B). Appealing the District Court's denial of Debtor's motion to set aside the judgment in District Court Case Travelers v. Kessler 2:18-cv-00722 AB (JPRx). This includes requesting mediation at the Ninth Circuit and representing Debtor DRITA Kessler at such mediation.

    C). I have also been retained by Drita Kessler to obtain Relief From Stay from this Court to allow me to pursue an action in the United States District Court for The Central District of California ordering that the Amended Judgment on Traveler's Third Party Complaint in Travelers v. Kessler 2:18-cv-00722 AB (JPRx) is void and of no effect for the reason that said judgment was obtained against a defaulted defendant who was/is therefore a "non party" and not permitted to fully participate in the case and so violates due process

2). I, Andrew E SMYTH, am duly licensed to practice law in the State of California, and also licensed to practice law in the Ninth Circuit and before this Court.

3). I Andrew E SMYTH was initially employed by the debtor to represent her and am familiar with the facts and legal issues involved in the case.

4). I Andrew E SMYTH do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

5). This Declaration is executed by myself, Andrew E SMYTH, in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of <u>The Bankruptcy Rules of Procedure</u>. I, Andrew E SMYTH, have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor upon granting of this application.

4

6). The debtor has signed a contract with me for representation regarding the cause of action. The terms of the contract include a flat fee of $15,000 for all representation described above. This amount will be applied at the rate of $450.00 an hour plus reimbursement of out-of-pocket expenses. No additional fees will be charged. Any unused fees will be refunded.

7). I have received a $15,000.00 retainer fee prior to the filing of this Application. I had misread the statute about applying to be employed and felt it did not apply if my compensation was paid by a third party and was not a loan to the Debtor (See below) and if I was not seeking to be the attorney for a party in a non-bankruptcy matter or for a debtor not in her role as "Debtor in Possession".

8). I know, after the hearing on November 16, 2023, and having been informed by the Court, that I was mistaken and that I must apply to be employed. I apologize for this late application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys.

9). The source of the $15,000 (Fifteen thousand dollar) retainer I have received is from a longtime friend of DRITA KESSLER, Marck Sarafati. See copy of a text message which I have received from Marck Sarafati, See Ex A. I have also talked to Mr. Sarafati on the phone and confirmed that this money was a gift and that Mr. Sarafati's financial status supports his statement that this was a gift, and that no repayment is sought. Mr. Sarafati owns valuable real property in Los Angeles County. Mr. Sarafati's phone number is (310) 663-0295. Mr. Sarafati's email address is marcksarfati@gmail.com

10). I do not represent or hold any interest adverse to the debtor or the estate with respect to the matter upon which I am seeking to be employed.

11). I have no connection with the Trustee, creditors, Bankruptcy Administrator, or any other parties in interest, the debtor, or their respective attorneys, other than with the representation of the debtor in the legal matters for which I am applying to be employed as a professional person for these specific purposes.

12). The facts as stated herein are true and correct in all cases where I have personal knowledge and other remaining facts and opinions are true and correct according to the best of my knowledge, information and belief. I understand that upon completion of this case, by settlement or otherwise, I must make a separate application for the approval of any settlements or fees

5

recovered on behalf of the debtor and/or the estate pursuant to LBR 9007-1. I also understand that I must make a separate application for the approval of my fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

13). I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and if called upon to testify I could and would competently testify thereto.

Executed this 20th day of November 2023, at Los Angeles, CA 90036

ANDREW E. SMYTH
Declarant

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22                                    **EXHIBIT "A"**
23
24
25
26
27
28

# EXHIBIT A

## Sarafati

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Andrew Smyth <andrew@smythlo.com>**          3:33 PM (22 minutes ago)

to me, Andrew

To Whom It May concern:
I have known Ms Drita Kessler for over 32 Years. We were neighbors when we both lived on Roscomare Rd in Bel Air while she was married to Kenneth Kessler and we went out to dinner as couples with my ex-wife Rita. Upon my divorce in 1995 I purchased my own home on Chalon Rd in Bel Air and continued my friendship with Mr and Ms Kessler.
After Ms. Kessler got divorced we both remained friends and occasionally spent time with Myself and my life partner.. I had seen Ms. Kessler a few times recently and was sorry to hear about her current problems.
Upon hearing she was in need of some funds I agreed to help her and sent the funds she needed to her attorney on my own to help her.
These funds were sent for no other reason then to help her with her current case.
I do not expect to be repaid nor have I asked for any repayment whatsoever!

Should anyone have any questions I can be reached at (310)663-0295)

Thank-you,
Marck Sarfati

Sent from my iPhone

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5042 Wilshire Blvd #316 Los Angeles, CA 90036

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2023 | Michelle Yi | /s/ Michelle Yi |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 3                          F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

CONTINUED----

**1.TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Andre Boniadi**   aboniadi@bzlegal.com
- **Katherine Bunker**   kate.bunker@usdoj.gov
- **Robert Paul Goe (TR)**   bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **David C Nealy**   david.nealy@limnexus.com, mimi.cho@limnexus.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Brett Ramsaur**   brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
- **Andrew Edward Smyth**   office@smythlo.com
- **James E Till**   james.till@till-lawgroup.com, martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

# SERVICE LIST

Aaron C. Agness
Weston and Agness LLP
1960 East Grand Ave Suite 400
El Segundo, CA 90245
Email:aagness@westonagnesslaw.com

Leo L. Ashley III
Weston and Agnes LLP
1960 East Grand Ave Suite 400
El Segundo, CA 90245
Email: lashley@westonagnesslaw.com

Brett H. Ramsaur, Bar No. 281566
RAMSAUR LAW OFFICE
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Email: brett@ramsaurlaw.com
Attorney for Plaintiff Travelers Property Casualty Company of America

JAMES E. TILL (SBN 200464)
James.Till@LimNexus.com
DAVID NEALY (SBN 282383)
David.Nealy@LimNexus.com
LIMNEXUS LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017

David Morales, Esq.,
THE MORALES LAW FIRM
99 S. Almaden Blvd., Ste. 600
San Jose, CA 95113
E-Mail: Morales@Alum.MIT.edu
Attorneys for Specially-Appearing Third-Party Defendants Drita Kessler and DK Art Publishing, Inc.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:22-bk-11504-VK<br>Central District of California<br>San Fernando Valley<br>Mon Nov 20 09:49:16 PST 2023 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | LIMNEXUS LLP<br>c/of Ramsaur Law Office<br>27075 Cabot Road<br>Suite 110<br>Laguna Hills, CA 92653-7014 |
| (p)OFFICE OF FINANCE  CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | Pena & Soma, APC<br>402 South Marengo Ave.,<br>Suite B<br>Pasadena, CA 91101-3113 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 |
| San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Barry Peele<br>9665 Wiltshire Blvd.<br>Beverly Hills, CA 90212-2340 | Conduent/ACS<br>181 Montour Run Rd<br>Coraopolis, PA 15108-9408 |
| Conduent/ACS<br>Conduet shut down operation<br>9/1 19 loans transferred to other servic<br>Utica, NY 13501 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fidelity and Guaranty Insurance Underwri<br>Attn: Melissa DeKoven its authorized age<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833-3502 |
| Franklin R Fraley Jr<br>Fraley & Associates, 680 E Colorado Blvd<br>Pasadena, CA 91101-6143 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Jpmcb Card<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Murphy Pearson Bradley & Feeney<br>580 California Street Suite 1100<br>San Francisco, CA 94104-1072 | Parker Mills LLP<br>800 W 6th St #500<br>Los Angeles, CA 90017-2708 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Preston H. Lim<br>Lim Law Group, P.C.<br>1504 W. Artesia Sq., Suite B<br>Gardena, CA 90248-4763 | Robert G. Klein<br>8383 Wilshire Blvd. Suite 935<br>Beverly Hills, CA 90211-2427 | S. Nathan Park<br>S. NATHAN PARK PLLC<br>1919 M Street NW, Suite 410<br>Washington, DC 20036-3525 |
| Sall Spencer Callas & Krueger, ALC<br>32351 Coast Highway<br>Laguna Beach, CA 92651-6703 | Tina S. Schuchman<br>1875 Century Park E, Los Angeles<br>Los Angeles, CA 90067-2253 | Travelers Property Casualty Co. of Am.<br>ONE TOWER SQUARE<br>Hartford, CT 06183-0001 |

| | | |
|---|---|---|
| Travelers Property Casualty Company of America<br>Attn Sangyoon Nathan Park Esq<br>1919 M Street NW Ste 410<br>Washington, DC 20036-3525 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Andrew Edward Smyth<br>Smyth Law Office<br>4929 Wilshire Blvd Ste 690<br>Los Angeles, CA 90010-3820 | Drita Pasha Kessler<br>6909 Texhoma Ave.<br>Van Nuys, CA 91406-4347 | Leonard Pena<br>Pena & Soma, Apc<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 |
| Michael Jay Berger<br>9454 Wilshire Blvd 6th Fl<br>Beverly Hills, CA 90212-2980 | Robert Paul Goe (TR)<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Ste 210<br>Irvine, CA 92614-6840 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| L.A. County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90051-0110 | Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Jpmcb Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Travelers Property Casualty Company of Ame | (d)Franchise Tax Board Bankruptcy Section<br>MS: A-340 P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (u)David P Morales | End of Label Matrix<br>Mailable recipients   37<br>Bypassed recipients    5<br>Total                 42 |